[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 30, 2007
THOMAS K. KAHN
CLERK

No. 07-11284
Non-Argument Calendar

_____

D. C. Docket No. 06-00031-CR-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT DOCTRIE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(August 30, 2007)**

Before BLACK, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Robert Doctrie, has moved to

withdraw from further representation of the appellant and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Doctrie's convictions and sentences are **AFFIRMED**.